**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Raymond Edward CHESTNUT, a/k/a
Snoop, a/k/a Ray, Defendant–
Appellant.**

**No. 13–6643.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 24, 2013.

Decided: Sept. 26, 2013.

Raymond Edward Chestnut, Appellant Pro Se. Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina; Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Chestnut appeals the district court's text order denying his Motion Preserving Error Under Rule 51(b). We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Chestnut*, No. 4:05–cr–01044–RBH–1 (D.S.C. Apr. 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*